Morris Kravitz and Others, Respondents, v. John Connors, Appellant. — Motion denied on condition that appellant perfect the appeal and be ready for argument on Monday, November 14, 1921, for which day this case is

set down; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.